No. 01–6996. IN RE CLARK, 534 U. S. 1039. Petitions for rehearing denied.

No. 01–6321. BYRD v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT ROCKVIEW, 534 U. S. 1027. Motion for leave to file petition for rehearing denied.

MARCH 28, 2002

No. 01–1200. SOUTHERN CO. ET AL. v. ALDERSON ET AL. App. Ct. Ill., 1st Dist. Certiorari dismissed as to David Arcuri under this Court's Rule 46.1.

MARCH 29, 2002

No. 01–980. WEINBERGER v. UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

APRIL 1, 2002

No. 01–1114. WINTERS ET AL. v. ILLINOIS STATE BOARD OF ELECTIONS ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 01–948. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER v. KOSTE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mickens* v. *Taylor, ante,* p. 162.

No. 01–8036. MCBRIDE v. HALL, WARDEN. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.